UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Case No. 1:21-CR-157-PB-01 |
| v. ) | |
| ) | |
| VICTOR ROSARIO ) | |
| ) | |

# INDICTMENT

**The Grand Jury charges:**

### COUNT ONE
### [21 U.S.C. §§ 841(a)(1) & (b)(1)(C)
### Possession with Intent to Distribute Controlled Substances]

On or about December 19, 2020, in the District of New Hampshire, the defendant,

**VICTOR ROSARIO**,

knowingly and intentionally possessed with intent to distribute a controlled substance specifically, cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL

Dated: September 13, 2021  /s/ Foreperson
FOREPERSON

JOHN J. FARLEY
Acting United States Attorney

By:   /s/ Joachim H. Barth
Joachim H. Barth
Assistant U.S. Attorney

1