# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**v.**           )<br>)<br>**VICTOR ROSARIO**       ) | **Cr. No.  1:21-cr-157-PB-01** |

## PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 13th  day of September 2021.

This 9/13/2021.

                JOHN J. FARLEY
                Acting United States Attorney


                /s/ Joachim H. Barth
                Joachim H. Barth
                Assistant U.S. Attorney


WARRANT ISSUED:  _____